CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 15 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTHONY A. SMITH, | ) | CASE NO. 7:15CV00669 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| V. F. CONTROLS, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), plaintiff's pending motions are **DISMISSED** as moot, and this action is stricken from the active docket of the court.

ENTER: This 15th day of December, 2015.

_/s/ Glen E. Conrad_
Chief United States District Judge